# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DON KARL JURAVIN,

        Plaintiff,

v.                                                      Case No:   6:24-cv-1630-GAP-NWH

KENNETH BOBBY JONES and
GORDON WOODRUFF,

        Defendants

_____

# ORDER

This cause comes before the Court on Defendants' Motion to Dismiss, Strike, or for More Definite Statement (Doc. No. 18) filed February 14, 2025.

On August 1, 2025, the United States Magistrate Judge issued a report (Doc. No. 36) recommending that the motion be granted in part and denied in part. No objections have been filed1.   Therefore, it is

**ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as a part of this Order.

_____

1 Plaintiff filed a Motion for Extension of Time to File Objections to the Report and Recommendation (Doc. 37) on August 13, 2025.   That motion was denied on August 14, 2025 (Doc. 38) for failure to comply with Local Rule 3.01(g).   No other motion has **been** filed.

**2.**    The Defendants' Motion to Dismiss, Strike, or for More Definite

Statement is **GRANTED in part**.   Plaintiff's Complaint is

**DISMISSED WITHOUT PREJUDICE** for failure to state a claim and

denied as moot in all other respects.

3.    If Plaintiff wishes to file an Amended Complaint, he must do so by

**September 5, 2025**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 25, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

Don Juravin
11437 Linden Depot Road
San Antonio, FL   33756